The Honorable Thomas S. Zilly

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT SCOTT MILLER,<br><br>Defendant. | Case No.: 15CR-00319-TSZ<br><br>[~~PROPOSED~~] ORDER GRANTING MOTION TO CONTINUE TRIAL DATE AND PRETRIAL MOTIONS DEADLINE |

THIS MATTER HAVING COME before the undersigned Judge, upon the Motion of the defendant for an order continuing the pretrial motions deadline and the trial date, and the court having considered the records and files herein.

THE COURT HAVING FOUND that requiring defendant's counsel to meet the current trial date would deny counsel a reasonable time necessary for effective preparation, taking into consideration the exercise of due diligence, and that continuing the dates for pretrial motions and trial on the ground that the "ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial," as permitted by 18 U.S.C. §§ 3161(h)(8)(A) (B)(ii) and (B)(iv).

IT IS HEREBY ORDERED that the pretrial motions deadline in this matter is continued to _Feb 12, 2016_; and the trial date in this matter is continued from November 23, 2015 to _March 28, 2016_

IT IS FURTHER ORDERED that the period of time from ~~the current trial date of November 23, 2015~~ _this date_, until the new trial date at of _March 28, 2016_ is excluded

ORDER GRANTING MOTION
TO CONTINUE TRIAL DATE
DATE AND PRETRIAL MOTIONS
DEADLINE - 1

LAW OFFFICES OF JOHN HENRY BROWNE PS
108 SOUTH WASHINGTON STREET, SUITE 200
SEATTLE, WASHINGTON 98104
(206) 388-0777 • FAX: (206) 388-0780

in calculating the time within which trial must begin under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(A).

Dated this 6th day of November, 2015.

_____
THE HONORABLE THOMAS S. ZILLY

Presented by:

s/ Michael T. Lee
Michael T. Lee, WSBA # 44192
Attorney for Defendant, Robert Miller
108 South Washington Street, Suite 200
Seattle, Washington 98104
Phone: 206-388-0777
Fax: 206-388-0780
michael@jhblawyer.com

Unopposed to by:

UNITED STATES ATTORNEY'S OFFICE
s/Ye-Ting Woo
Ye-Ting Woo, via email approval
700 Stewart Street
Seattle, Washington 98101
Phone: 206-553-1511
Ye-ting.woo@usdoj.gov

ORDER GRANTING MOTION
TO CONTINUE TRIAL DATE
DATE AND PRETRIAL MOTIONS
DEADLINE -2

LAW OFFFICES OF JOHN HENRY BROWNE PS
108 SOUTH WASHINGTON STREET, SUITE 200
SEATTLE, WASHINGTON 98104
(206) 388-0777 • FAX: (206) 388-0780